AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>BRENDA OGUN | )<br>)<br>)<br>) Case No:   04-80963-1<br>) USM No:   03513-003 |

Date of Original Judgment:          11/10/2005          )
Date of Previous Amended Judgment: _____  )   Rhonda Brazile
*(Use Date of Last Amended Judgment if Any)*                          *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☑ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
        ☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of          168          months **is reduced to**          151 months          .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated          11/10/2005          shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          June 23, 2015          s/Robert H. Cleland
                                                                        *Judge's signature*

Effective Date:  November 1, 2015          Robert H. Cleland, U.S. District Judge
                *(if different from order date)*                              *Printed name and title*